UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2019
(1:21-cv-02108-BPG)

_____

ROBERT D. WHITTAKER, III

       Plaintiff - Appellant

v.

HOWARD COUNTY, MARYLAND; HOWARD COUNTY FIRE AND
RESCUE SERVICES

       Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request

for an extension of time in which to file the opening brief and joint appendix shall

be disfavored. The briefing schedule is extended as follows:

Opening brief and Joint appendix due: 03/04/2024

Response brief due: 04/10/2024

Any reply brief: 21 days from service of response brief.

                         For the Court--By Direction

/s/ Nwamaka Anowi, Clerk